IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIE ANDERSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 22-cv-285-SMY |
| | ) |
| WALMART SUPERCENTER STORE | ) |
| 0361, JOSHUA BRAUN, ALEX WHITE, | ) |
| and ALAN YOUNG, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Jamie Anderson, a former employee of Walmart Supercenter Store, filed this *pro se* action alleging wrongful termination in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq* against Defendants Walmart, Joshua Braun, Alex White, and Alan Young. The Court denied Anderson's Motion for Leave to Proceed *in Forma Pauperis* ("IFP") and dismissed her Complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (Doc. 6). Now before the Court is Anderson's Amended Complaint (Doc. 11). For the following reasons, the Amended Complaint is **DISMISSED with prejudice**.

In the Amended Complaint, Anderson makes the same allegations against the defendants as she did in the original Complaint. Even under the liberal pleading standards applicable to *pro se* litigants, Anderson's Amended Complaint does not include sufficient factual allegations to cross the speculation threshold. The lengthy Amended Complaint describes a litany of minor incidents between Anderson and her co-workers that occurred during Anderson's employment with Walmart. However, there are no allegations or facts suggestive of discriminatory treatment based

on race, color, religion, sex, or national origin. Nor does the Amended Complaint identify a protected class to which Anderson may belong.

Anderson fails to present any factually or legally meritorious grounds for her lawsuit to proceed before this Court. Accordingly, the Amended Complaint (Doc. 11) is **DISMISSED with prejudice** and the Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:** September 17, 2025

**STACI M. YANDLE**
**United States District Judge**